*Marvin Emory Parrott* for appellant.

*Timothy M. Griffing* and *Thomas Young* for respondents.

Order affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER J. HEFFERNAN, Respondent, *v.* JACOB H. DEALY, as Mayor of the City of Amsterdam, Appellant.

*People ex rel. Heffernan* v. *Dealy*, 127 App. Div. 933, affirmed.
(Argued September 29, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 26, 1908, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to sign a certain warrant on the city treasurer in favor of relator.

*A. M. Mills* and *J. H. Dealy* for appellant.

*Charles S. Nisbet* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of CLARKE W. DUNLOP, an Incompetent Person.

ELIZA C. DUNLOP, Individually and as Executrix Named in the Will of CLARKE W. DUNLOP, Deceased, Appellant; GERTRUDE R. HAWES et al., Respondents.

*Matter of Dunlop*, 126 App. Div. 914, appeal dismissed.
(Argued September 29, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May